*Jr., District Attorney,* for appellee.

## 35182. BRUNER v. BRUNER.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED JULY 27, 1979 — DECIDED SEPTEMBER 10, 1979.

*Joseph B. Bergen,* for appellant.
*Pierce, Ranitz, Mahoney, Forbes & Coolidge, John F. M. Ranitz, Jr.,* for appellee.